■ JAMES WOOD, Respondent, v STRONG MEMORIAL HOSPITAL OF UNIVERSITY OF ROCHESTER, Appellant. (Appeal No. 2.) [710 NYS2d 235] —Appeal unanimously dismissed without costs (*see*, CPLR 5501 [a] [1], [2]). (Appeal from Order of Supreme Court, Monroe County, Polito, J.—Set Aside Verdict.) Present—Pine, J. P., Wisner, Scudder and Lawton, JJ.